IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE HELM, | 1:08-cv-01648-OWW-GSA (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |
| vs. | |
| PAM AHLIN, | (DOCUMENT #13) |
| Respondent. | THIRTY DAY DEADLINE |

On January 30, 2009, Respondent filed a motion requesting a 30-day extension of time in which to file a response to the amended petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted an extension of time to and including March 5, 2009, in which to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   February 4, 2009         /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE